**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

TAHMID CHOWDHURY, et al.,

            Plaintiffs,

            -against-

MD. SHAHRISH SHARIF SHUVO, et al.,

            Defendants.

------------------------------------------------------------x

22-CV-1920 (AT) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Plaintiffs' unilateral proposed case management plan. (ECF 11). In Plaintiffs' May 12, 2022 submission, they complain that Defendants have not yet appeared in this case, but then admit that they only served Defendants on May 5, 2022. Accordingly, Defendants Answer is not due until May 26, 2022.

The May 19, 2022 conference is adjourned to **June 15, 2022 at 12:00 pm in Courtroom 20D at 500 Pearl Street, New York, NY 10007**. The parties are directed to meet and confer and submit a proposed joint case management plan no later than **Friday, June 10, 2022**.

        **SO ORDERED.**

Dated: May 16, 2022
       New York, New York

       *s/ Ona T. Wang*
       **Ona T. Wang**
       United States Magistrate Judge