```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAHMID CHOWDHURY, an individual,
and WILLIAM DEGRAAFF, an individual,

                Plaintiffs,

-against-

MD SHAHRISH SHARIF SHUVO, an individual,
and SHAHRISH SHUVO ENGINEERING P.C.,

                Defendants.

22 Civ. 1920 (AT) (OTW)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has received the parties' letter for settlement approval addressed to the Honorable Ona T. Wang. ECF No. 41. Accordingly, by **October 5, 2022**, the parties shall confirm if they consent to Judge Wang's overseeing the approval of their settlement. If the parties consent to Judge Wang's jurisdiction, they shall file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, available at https://nysd.uscourts.gov/node/754 on the docket. The parties are free to withhold consent without negative consequences.

    If the Court approves that form, all further proceedings will then be conducted before Judge Wang rather than before the undersigned. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be if the consent form were not signed and so ordered.

    SO ORDERED.

Dated: September 28, 2022
        New York, New York

                                                          ANALISA TORRES
                                                United States District Judge