UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAHMID CHOWDHURY, an individual,
and WILLIAM DEGRAAFF, an individual,

                    Plaintiffs,

-against-

MD SHAHRISH SHARIF SHUVO, an individual,
and SHAHRISH SHUVO ENGINEERING P.C.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/2022

22 Civ. 1920 (AT) (OTW)

**ORDER**

ANALISA TORRES, District Judge:

     On September 28, 2022, the Court ordered the parties to confirm whether they consent to the Honorable Ona T. Wang's jurisdiction overseeing the approval of their settlement by October 5, 2022. ECF No. 42. That submission is now overdue. Accordingly, by **October 14, 2022**, the parties shall confirm if they consent to Judge Wang's jurisdiction.

     SO ORDERED.

Dated: October 7, 2022
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge