

February 1, 2023

Hon. Analisa Torres
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
<u>Via ECF Only</u>

    Re:    *Chowdury v Shuvo Shahrish Engineering* 1:22-cv-01920-AN-OTW
            Supplement to Motion for Settlement Approval

Your Honor:

On behalf of the Plaintiffs in the above-referenced action we hereby offer the attached summary form in support of our joint motion for settlement approval, which we filed on September 23, 2022. [Dkt 41]. We hope this checklist, which I developed in conjunction with another case, will assist the Court with the streamlining of its review of the parties' agreement.

Thank you for your consideration of these matters.

                                              Sincerely,

                                              Penn Dodson, Esq.
                                              *penn@andersondodson.com*

AndersonDodson, P.C.
11 Broadway, Suite 615 | New York, New York 10004
Tel: (212) 961-7639 | Fax: (646) 998-8051
www.AndersonDodson.com